IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHRISTOPHER NEAL,                )
                                 )
            Plaintiff,           )
                                 )
      v.                         )    1:19CV1272
                                 )
RICK CHAMPION,                   )
                                 )
            Defendant.           )

## ORDER

On April 10, 2020, the United States Magistrate Judge's Recommendation was filed and notice was served pursuant to 28 U.S.C. § 636. Plaintiff filed objections [Doc. #5] within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections de novo and finds that they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #3], which is affirmed and adopted.

**IT IS THEREFORE ORDERED** that this action is dismissed pursuant to 28 U.S.C. § 1915A for being frivolous and for failing to state a claim upon which relief can be granted, and for seeking monetary relief against a defendant who is immune from such relief, except that Plaintiff's claim under the North Carolina Financial Privacy Act is dismissed without prejudice to Plaintiff pursuing his state

claim in the courts of North Carolina.

    This the 24th day of November, 2020.

<u>/s/ N. Carlton Tilley, Jr.</u><br>
Senior United States District Judge